No. 04–8692. PRITCHETT v. UNITED STATES. C. A. 11th Cir. Reported below: 125 Fed. Appx. 976;

No. 04–8720. BANKS v. UNITED STATES. C. A. 11th Cir. Reported below: 125 Fed. Appx. 977;

No. 04–8898. ALCANTARA v. UNITED STATES. C. A. 6th Cir. Reported below: 116 Fed. Appx. 693;

No. 04–8903. RICHARDSON v. UNITED STATES. C. A. 5th Cir. Reported below: 117 Fed. Appx. 931;

No. 04–8916. STEVENS v. UNITED STATES. C. A. 11th Cir. Reported below: 127 Fed. Appx. 472;

No. 04–8923. RAMOS-RUIZ v. UNITED STATES. C. A. 9th Cir. Reported below: 114 Fed. Appx. 351;

No. 04–8927. GOMEZ-TRUJILLO v. UNITED STATES. C. A. 5th Cir. Reported below: 107 Fed. Appx. 406;

No. 04–8937. PACHECO v. UNITED STATES. C. A. 1st Cir. Reported below: 388 F. 3d 1;

No. 04–8945. SANCHEZ-CRUZ v. UNITED STATES. C. A. 10th Cir. Reported below: 392 F. 3d 1196;

No. 04–8960. CAULK v. UNITED STATES. C. A. 9th Cir. Reported below: 116 Fed. Appx. 143;

No. 04–8967. SAMORA-SANCHEZ v. UNITED STATES. C. A. 10th Cir. Reported below: 122 Fed. Appx. 909;

No. 04–8972.  GAUDELLI *v.* UNITED STATES.  C. A. 3d Cir. Reported below: 116 Fed. Appx. 363;

No. 04–8976.  WEST *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 114 Fed. Appx. 159;

No. 04–8979.  DECKARD *v.* UNITED STATES.  C. A. 5th Cir. Reported below: 117 Fed. Appx. 350;

No. 04–8986.  BYRD *v.* UNITED STATES.  C. A. 4th Cir.  Reported below: 117 Fed. Appx. 859;

No. 04–8998.  MORALES *v.* UNITED STATES.  C. A. 1st Cir.;

No. 04–9011.  WATSON *v.* UNITED STATES.  C. A. 8th Cir.  Reported below: 390 F. 3d 577;

No. 04–9013.  VARELA-MEDINA *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 117 Fed. Appx. 960;

No. 04–9029.  PATTERSON *v.* UNITED STATES.  C. A. 6th Cir.;

No. 04–9035.  NIEVES-BOGADO *v.* UNITED STATES.  C. A. 11th Cir.  Reported below: 126 Fed. Appx. 463;

No. 04–9037.  CLARK *v.* UNITED STATES.  C. A. 6th Cir.  Reported below: 117 Fed. Appx. 430;

No. 04–9060.  RISBY *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 115 Fed. Appx. 694;

No. 04–9063.  HUERTA-VARGAS *v.* UNITED STATES.  C. A. 9th Cir.  Reported below: 117 Fed. Appx. 578;

No. 04–9082.  CONSTANT *v.* UNITED STATES.  C. A. 3d Cir. Reported below: 117 Fed. Appx. 225;

No. 04–9095.  ROBINSON ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Reported below: 390 F. 3d 833;

No. 04–9113.  PORTES HERRERA *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 117 Fed. Appx. 335;

No. 04–9114.  FIELDS *v.* UNITED STATES.  C. A. 4th Cir.  Reported below: 111 Fed. Appx. 148;

No. 04–9117.  WEST *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 117 Fed. Appx. 340;

No. 04–9122.  CLOUTIER *v.* UNITED STATES.  C. A. 1st Cir.;

No. 04–9132.  CRAIG *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 118 Fed. Appx. 786;

No. 04–9133.  CRUZ-AYON, AKA AGUINAGA-CEJA *v.* UNITED STATES.  C. A. 9th Cir.  Reported below: 117 Fed. Appx. 577; and

No. 04–9142.  JONES *v.* UNITED STATES.  C. A. 10th Cir.  Reported below: 390 F. 3d 1291.  Motions of petitioners for leave to proceed *in forma pauperis* granted.  Certiorari granted, judg-

ments vacated, and cases remanded for further consideration in light of *United States* v. *Booker,* 543 U. S. 220 (2005).